UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO VAZQUEZ, et al.,

    Plaintiffs,

-against-

ADARP, INC., et al.,

    Defendants.

19-CV-2507 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the status and settlement conferences scheduled for today, January 6, 2020, at 2:00 p.m. and 2:15 p.m. respectively, are ADJOURNED *sine die*. No later than **January 17, 2020**, the parties shall file a joint letter informing the Court of all dates in January and February, 2020, on which they are available for a rescheduled status and settlement conference. Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m., and requires the parties as well as their counsel to attend in person.

Dated: New York, New York
       January 6, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**