UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO VAZQUEZ, et al.,

        Plaintiffs,

  -against-

ADARP, INC., et al.,

        Defendants.

19-cv-2507 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2020

**BARBARA MOSES, United States Magistrate Judge**.

      The Court has received and reviewed the parties' March 12, 2020 letter-application seeking approval of their settlement (Dkt. No. 42), together with the executed Settlement Agreement attached thereto. (Dkt. No. 42-1.) However, the Settlement Agreement is incomplete; the parties failed to submit either of its exhibits: the Stipulated Order of Dismissal with Prejudice (*see* ¶ 6) or the Affidavit of Confession of Judgment (*see* ¶ 9). The parties shall promptly refile a complete copy of the Settlement Agreement, including exhibits.

Dated:  New York, New York
        April 10, 2019

                        **SO ORDERED.**

                        **BARBARA MOSES**
                        **United States Magistrate Judge**