UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO VAZQUEZ, et al.,

        Plaintiffs,

-against-

ADARP, INC., et al.,

        Defendants.

19-cv-2507 (BCM)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2020
```

**BARBARA MOSES, United States Magistrate Judge**.

    On February 6, 2020, at a settlement conference supervised by the undersigned Magistrate Judge, the parties to this Fair Labor Standards Act action reached an agreement on the material terms of a settlement agreement. (*See* Dkt. No. 36.)  On March 12, 2020, the parties filed a joint letter (Dkt. No. 42), seeking approval of their proposed Settlement Agreement (Agreement) (Dkt. No. 42-1) pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). On April 14, 2020, at the Court's request, the parties refiled a complete copy of the Agreement, including its exhibits (Dkt. Nos. 44-1, 44-2), which were missing from the original submission.

    After careful review, the Court finds that the Agreement is fair and reasonable, as required by *Cheeks*, 796 F.3d 199. It is hereby **ORDERED** that this action is **DISMISSED** with prejudice and without costs.

    The Clerk of the Court is directed to close the case.

Dated: New York, New York
       April 16, 2020

                                **SO ORDERED.**

                                _____
                                **BARBARA MOSES**
                                **United States Magistrate Judge**